UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

SUSAN A PENLAND

Case No. GG  17-01530
Date Filed:   3/29/17
Chapter 13
Honorable John T. Gregg

Debtor(s).
_____/

## TRUSTEE'S OBJECTION TO CLAIM OF NEWAYGO COUNTY TREASURER

Now comes the Chapter 13 Trustee Brett N. Rodgers, by and through his attorney Elizabeth Clark, and hereby objects to the claim of Newaygo County Treasurer for the following reasons:

1. Creditor Newaygo County Treasurer filed a secured, priority claim in the amount of $1,568.83 on 9/2/20 (Court Claim 025), in the above-entitled case for 2019 real property taxes on parcel # 10-36-400-004 with a common address of 9 W. Baseline Road, White Cloud, MI 49349.

2. The Debtor(s) Schedule J, as filed on 3/29/17, lists an expense for property taxes in the amount of $284.45 per month for all real estate parcels.  The debtor(s) included the expense for property taxes in his/her budget and therefore the post-petition property taxes owed to Newaygo County Treasurer should be paid outside the plan by the debtor(s) and not by the Trustee through the Chapter 13 Plan.

3. The Trustee requests that the claim filed by Newaygo County Treasurer in the amount of $1,568.83 for 2019 real estate taxes for parcel# 10-36-400-004 and common address of 9 W. Baseline Road, White Cloud, MI 49349 not be paid by the Trustee through the confirmed Chapter 13 Plan.

1

WHEREFORE, the Trustee prays that the claim filed by Newaygo County Treasurer (Court Claim 025) filed on 9/2/20 not be paid by the Trustee through the confirmed Chapter 13 Plan**,** and award any other relief the Court determines to be just and equitable under the circumstances.

                                                                                        Respectfully Submitted:

Dated: September 3, 2020                                                                    _/s/Elizabeth Clark_____  
                                                                                      Elizabeth Clark, Staff Attorney for  
                                                                                      Brett N. Rodgers, Chapter 13 Trustee  
                                                                                      99 Monroe Ave., NW, Suite 601  
                                                                                       Grand Rapids MI 49503  
                                                                                       Phone: (616) 454-9638