UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re: PENLAND, SUSAN A.	CASE NO.: 17-01530 jtg
HON. JOHN T. GREGG
CHAPTER 13

**Debtor**

---

Robert A. Stariha (P-29156)
Stariha Law Offices, P.C.
Attorneys for Debtor
48 W. Main St., Suite 6
Fremont, MI 49412
Ph: (231) 924-3761
Email: starihalo@sbcglobal.net

---

NOTICE OF WITHDRAWAL OF DEBTOR'S PROPOSED
SECOND POST-CONFIRMATION AMENDMENT TO
CHAPTER 13 PLAN

NOW COMES the Debtor, by her attorneys, Stariha Law Offices, P.C., and Robert A. Stariha, and withdraws her proposed Second Post-Comfirmation Amendment to her Chapter 13 Plan for the reason that it has been rendered moot by virtue of the sale of the real property which is the subject of the motion and remittance of the net sales proceeds received by the Debtor to the Trustee.

Stariha Law Offices, P.C.

Dated: June 22, 2021        /s/ _____
By: Robert A. Stariha (P-29156)
48 W. Main Street, Suite 6
Fremont, MI 49412
(231) 924-3761